United States District Court
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 31 2022 ★
BROOKLYN OFFICE

RECEIVED
MAY 31 2022
PRO SE OFFICE

Shaun Williams

Complaint under 42 USC 1983

against

City of New York
Officer John Doe #1
Officer John Doe #2
of P.S.A. 1 of Brooklyn

Jury Trial ☒ Yes ☐ No

CV 22-3185
___ CIV

DONNELLY, J.

REYES, M.J.

1. Shaun Williams
   I.D. # 141-220-0478
   Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

B. City of New York
   1 Hogan Place
   New York, NY 10017

Officer John Doe #1
PSA #1 Brooklyn, NY

Officer John Doe #2
PSA #1 Brooklyn, NY

II. Statement of Claim:
A.
   PSA #1 Precinct

B. What date and Approximate time did the events giving rise to your Claim occur?

January 25th 2022, while being placed under arrest.

C. Facts: On January 25th 2022 while being placed under arrest and under no indication or instigation of my own I was severly beaten by both officers of the Brooklyn (Coney Island) PSA-1 housing precinct for no apparent reasons and under no instigation of my own as I have mentioned. I was struck about the face and body by both officers.

III. Injuries: I recieved a cut on my right eye which had to be stitched. I was beaten until I was dizzy. punched number of times. they injured my back, shoulder-right, right side of my ribs and bruised my hip.

IV. Exhaustion of Remedies:

I was unable to file a grievance about this matter which did not happen within a Jail, prison or institution.

V. Relief:

I seek relief in the amount of $100,000 in monetary damages for Pain and Suffering as well as mental anguish and duress. I further seek to have the PSA #1 officer Counselled and reprimanded for their actions

VI. Previous Lawsuits:

I have not file a lawsuit in federal Court dealing with the same facts.

2.

Nor have I filed a lawsuit dealing with these issues in State Court and have no other pending lawsuits dealing with these facts in any other Court.

I declare under penalty of perjury that the foregoing is true and correct.

Signed 18th day of May 2022

x Shawn Williams

Inmate Number # 141-220-0478
Institution Address:
A.M.K.C. /C-95
18-18 Hazen Street
East Elmhurst, NY 11370

I declare under penalty of perjury that on ___ day of May 2022, I am delivering this Complaint to prison authorities to be mailed to the Pro-Se Office of the United States District Court for the Eastern District of New York

x S. Williams
Shaun Williams.

3.

Shaun Williams
# 141-22-00478
A. M. K. C.
18-18 Hazen Street
East Elmhurst, NY 11370

To: Court Clerk - Pro-Se Office
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201