

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | BAILEY FORCIER<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2322<br>fax: (212) 356-3509<br>zkalmbac@law.nyc.gov |

October 31, 2023

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Shaun Williams v. City of New York, et al.</u>,
                22-CV-3185 (AMD) (RER)

Your Honor:

      I represent Defendants Kerlens Lazarre and Devon Moses in the above-referenced matter. Defendants write to respectfully request that the Court (1) compel Plaintiff to respond to the Defendants' discovery requests by a date certain on pain of dismissal;[1] and (2) extend the time for the parties to complete discovery from November 16, 2023 until January 15, 2024. Defendants have been unable to reach Plaintiff to discuss this letter motion.

      By way of background, Plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging, *inter alia*, that, on January 25, 2022, the New York City Police Department ("NYPD") Defendants "beat" him during the course of his arrest. (<u>See</u> ECF No. 1). On May 24, 2023, Defendants served Plaintiff with a Notice of Deposition and their First Set of Interrogatories and Request for the Production of Documents ("Defendants' Interrogatories and Requests.")

      Pursuant to Rule 33(b)(2) of the Federal Rules of Civil Procedure, Plaintiff's responses to Defendants' Interrogatories and Requests were due on or around June 24, 2023. Defendants received no response. On July 6, 2023, July 14, 2023, and August 30, 2023, the undersigned called

---

[1] Defendants respectfully submit that this is not a discovery "dispute" within the meaning of Local Civil Rule 37.2, and thus no pre-motion discovery conference is necessary.

Plaintiff to inquire about his responses to Defendants' written discovery requests but Plaintiff could not be reached. On September 13, 2023, Defendants served Plaintiff a letter demanding that Plaintiff respond no later than October 13, 2023. On October 17, 2023, the undersigned again called Plaintiff to inquire about Plaintiff's responses. Plaintiff indicated on that call that he would provide responses "soon." To date, Plaintiff has failed to respond to Defendants' discovery requests. Plaintiff's continued failure to respond, despite Defendants' diligent efforts to obtain such responses, has significantly hindered the parties' ability to move this case forward. Indeed, Defendants cannot move forward with Plaintiff's deposition without Plaintiff's written responses, which request basic information about his claims.

As Plaintiff has not responded in a timely manner to Defendants' Interrogatories and Requests, any objections, other than those for privilege, are to be deemed waived. See e.g. Carr v. Queens-Long Island Med. Group, P.C. et al., 02 Civ. 1676 (NRB) (JCF), 2003 U.S. Dist. LEXIS 974, at *15 (S.D.N.Y. Jan.24, 2003) (holding that failure to provide discovery responses in a timely fashion is a basis for deeming objections waived).

Accordingly, Defendants respectfully request that the Court compel Plaintiff to respond to their discovery requests by a date certain, on pain of dismissal for failure to prosecute. Further, the Defendants respectfully request an extension of time for the parties to complete discovery by sixty days—from November 16, 2023 to January 15, 2024. This sixty day extension will allow time for Plaintiff to respond to Defendants' Interrogatories and Requests, for Defendants to depose Plaintiff, and for the parties to request additional documentation, if necessary.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Bailey Forcier*
Bailey Forcier
*Assistant Corporation Counsel*


To:    **Via First-Class Mail**
Shaun Williams
*Plaintiff* pro se
2737 West 33 Street
Apt. #2F
Brooklyn, New York, 11224

3201 Neptune Avenue
Apt #5D
Brooklyn, New York, 11224