

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | BAILEY FORCIER<br>*Assistant Corporation Counsel*<br>phone: (212) 356-5054<br>fax: (212) 356-3509<br>bforcier@law.nyc.gov |

December 20, 2023

**BY ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Shaun Williams v. City of New York, et al.</u>,
       22-CV-3185 (AMD) (RER)

Your Honor:

  I represent Defendants Kerlens Lazarre and Devon Moses in the above-referenced matter. Defendants write pursuant to the Court's November 13, 2023 Order to respectfully update the Court on the status of Plaintiff's responses to Defendants' First Set of Interrogatories and Request for the Production of Documents. (<u>See</u> ECF No. 1).

  By way of background, Plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging, *inter alia*, that, on January 25, 2022, the New York City Police Department ("NYPD") Defendants "beat" him during the course of his arrest. (<u>See</u> ECF No. 1). On May 24, 2023, Defendants served Plaintiff with a Notice of Deposition and Defendants' written discovery requests. After receiving no response from Plaintiff, on September 13, 2023, Defendants served Plaintiff with a letter demanding that Plaintiff respond to Defendants' written discovery requests no later than October 13, 2023. Plaintiff failed to respond.

  On October 31, 2023, Defendants filed a motion to compel Plaintiff to respond to Defendants' written discovery requests by a date certain on pain of dismissal. (<u>See</u> ECF No. 36). On November 13, 2023, the Court granted Defendants' motion to compel and directed Plaintiff to provide responses to Defendants' written discovery requests by December 13, 2023. (<u>See</u> ECF No. 37). Moreover, the Court directed Defendants to file a status report by December 20, 2023, and

scheduled a status conference for January 8, 2024. (Id.)  In that Order, the Court stated as follows: **"Plaintiff is instructed that a failure to appear at the Status Conference or to engage in discovery will likely result in the Court issuing a report and recommendation that this action be dismissed for failure to prosecute."** (emphasis in original)

Defendants' now write to provide the Court with a status update. (Id.)  To date, Plaintiff has failed to respond to Defendants' written discovery requests or to engage in discovery.  As such, because Plaintiff has failed to comply with multiple Court orders or prosecute this matter, Defendants respectfully inform the Court that they will move to dismiss this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure at the January 8, 2024 status conference.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Bailey Forcier*
Bailey Forcier
*Assistant Corporation Counsel*

To:   **Via First-Class Mail**
Shaun Williams
*Plaintiff* pro se
2737 West 33rd Street
Apt. #2F
Brooklyn, New York, 11224

2950 West 35th Street
Apt #401
Brooklyn, New York, 11224