

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **BAILEY FORCIER**<br>*Assistant Corporation Counsel*<br>BForcier@law.nyc.gov<br>Phone: (212) 356-50054<br>Fax: (212) 356-3509 |

February 5, 2025

**BY ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   <u>Shaun Williams v. City of New York, et al.</u>,
                22-CV-3185 (AMD) (JAM)

Your Honor:

      I represent defendants New York City Police Department officers Kerlens Lazarre and Devon Moses in the above-referenced matter. Defendants write on behalf of all parties to respectfully advise the Court that the parties have reached a settlement agreement of this matter and, therefore, respectfully request that the Court adjourn without date all scheduled deadlines and conferences.

      Defendants thanks the Court for its consideration herein.

                                    Respectfully submitted,

                                    /s/ *Bailey Forcier*
                                    Bailey Forcier
                                    *Assistant Corporation Counsel*
                                    Special Federal Litigation Division

cc:    **<u>Via First-Class Mail</u>**
       Shaun Williams
       *Plaintiff* pro se
       DIN #24R1733
       Orleans Correctional Facility
       3531 Gaines Basin Rd
       Albion, NY 14411